IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | No. 14-20333 |
| | ) | |
| JOHN PARKS TROWBRIDGE, JR., | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

**APPELLANT'S REPLY TO APPELLEE'S OPPOSITION TO APPELLANT'S REQUEST FOR JUDICIAL NOTICE**

John Parks Trowbridge, Jr., appellant herein ("Trowbridge"), hereby replies to the opposition of appellee United States of America ("Appellee") to Trowbridge's October 14, 2014-dated request for judicial notice.

Appellee's opposition is correct; and Trowbridge respectfully requests that the Court disregard said request for judicial notice and sincerely apologizes to the Appellee and the Court for the inconvenience caused by its filing.

DATE:   October 23, 2014         Respectfully submitted,

John Parks Trowbridge, Jr.
9816 Memorial Boulevard #205
Humble, Texas
(281) 540-2329

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | No. 14-20333 |
| ) | |
| JOHN PARKS TROWBRIDGE, JR., ) | |
| ) | |
| Defendant-Appellant. ) | |

## DECLARATION

John Parks Trowbridge, Jr., Appellant, hereby states:

The facts set forth in the accompanying APPELLANT'S REPLY TO APPELLEE'S OPPOSITION TO APPELLANT'S REQUEST FOR JUDICIAL NOTICE are true to the best of my knowledge and belief.

I declare upon penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 23rd day of October 2014.

_____
John Parks Trowbridge, Jr.

## **CERTIFICATE OF SERVICE**

I, John Parks Trowbridge, Jr., hereby certify that on October 23, 2014, a true, correct, and complete paper copy of the foregoing APPELLANT'S REPLY TO APPELLEE'S OPPOSITION TO APPELLANT'S REQUEST FOR JUDICIAL NOTICE was served by overnight third-party commercial delivery service or overnight United States Postal Service delivery upon each counsel of record as indicated below.  Further, the requisite paper copies of the APPELLANT'S REPLY TO APPELLEE'S OPPOSITION TO APPELLANT'S REQUEST FOR JUDICIAL NOTICE were filed on October 23, 2014, by overnight third-party commercial delivery service or overnight United States Postal Service delivery addressed to the Clerk of the Appeals Court as indicated below.

Date:  October 23, 2014

John Parks Trowbridge, Jr.

Tamara W. Ashford
Acting Assistant Attorney General
U. S. Department of Justice
Tax Division
P. O. Box 502
Washington, DC 20044

Carol A. Barthel
U. S. Department of Justice
Tax Division, Appellate Section
P. O. Box 502
Washington, DC 20044-0000

Robert Joel Branman, Esq.
U.S. Department of Justice
Tax Division, Appellate Section
Suite 4635
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

Robert W. Metzler
U.S. Department of Justice
Tax Division
P. O. Box 502
Washington, DC 20044

Joshua David Smeltzer
U.S. Department of Justice
Tax Division
717 N. Harwood Street
Dallas, TX 75201-0000

Lyle W. Cayce
Clerk of the United States Court
    of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408