IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————————

No. 14-20333
Summary Calendar

———————————————

D.C. Docket No. 4:14-CV-27

United States Court of Appeals
Fifth Circuit
**FILED**
February 3, 2015
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

JOHN PARKS TROWBRIDGE, JR.,

      Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

J U D G M E N T

      This cause was considered on the record on appeal and the briefs on file.

      It is ordered and adjudged that the order of the District Court appealed from is affirmed.

      IT IS ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

      IT IS FURTHER ORDERED that sanctions pursuant to Fed. R. App. P. 38 in the amount of $8,000 be taxed against Trowbridge. We also order that Trowbridge be barred from filing any further appeals in this court until the sanctions awarded by this court are fully paid; and a district court certifies

his appeal as having some arguable merit.