# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 1, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130


Re:  John Parks Trowbridge, Jr.
     v. United States
     No. 14-1305
     (Your No. 14-20333)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 29, 2015 and placed on the docket May 1, 2015 as No. 14-1305.


Sincerely,

**Scott S. Harris**, Clerk

by

Erik  Fossum
Case Analyst